UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION LOPEZ VELASQUEZ (A-NUMBER: 207-341-738),<br><br>                    Petitioner,<br><br>          v.<br><br>CHRISTOPHER CHESTNUT,<br><br>                    Respondent. | Case No.  1:26-cv-0576-DJC-JDP<br><br><br>ORDER |

Petitioner, an immigration detainee who is representing herself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner also filed a motion for preliminary injunction.  ECF No. 2.  The court granted petitioner's motion for preliminary injunction, ordered that petitioner be afforded a bond hearing, and referred the matter to me for further proceedings.  *See* ECF No. 11 at 3.  Shortly thereafter, an immigration judge conducted a bond hearing and denied petitioner's request for a change in custody status.  ECF No. 12-1.  Petitioner now moves for preliminary injunction ordering her release on the basis that the immigration judge's reasons for denying bond "were arbitrary, unsupported by the record, inconsistent with the factors in *Matter of Guerra*, 24 I&N Dec. 37 (BIA 2006), and completely unrelated to danger or flight risk."  ECF No. 14 at 1.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also*

1

*Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

2.  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

3.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status report addressing the parties' anticipated filings and a proposed briefing schedule for such filings.

IT IS SO ORDERED.

Dated:    April 13, 2026                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

2