UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CONCEPCION LOPEZ VELASQUEZ,

*Petitioner*,

v.

CHRISTOPHR CHESTNUT, et al.,

*Respondents*.

Case No. 1:26-cv-00576-DJC-JDP

~~PROPOSED~~ ORDER

Per the parties' joint status report, the Court HEREBY ORDERS that:

1. Respondent's answer/opposition to the Motion for Preliminary Injunction (Dkt. No. 14) will be filed by April 24, 2026.

2. Petitioner's reply to the answer/opposition will be filed by May 1, 2026.

IT IS SO ORDERED.

Dated:    April 21, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE